# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| PAULETTE NEWBY, *for M.A.J.*, | Civil Action No. 7:05cv00253 |
| Plaintiff, | **FINAL ORDER** |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | By: Hon. James C. Turk<br>Senior United States District Judge |
| Defendant. | |

The minor child of plaintiff, Paulette Newby, was denied disability benefits by the Commissioner of Social Security and plaintiff appealed the decision to this court. Pursuant to 28 U.S.C. § 636(b)(1)(B), the matter was referred to the Honorable Michael F. Urbanski, United States Magistrate Judge. The Magistrate Judge has filed a report recommending that the Commissioner's motion for summary judgment be granted. Objections to the report have been filed and considered, and the court, upon *de novo* review of the record, concurs in the Magistrate's finding that there is substantial evidence to support the Commissioner's decision that claimant did not meet the criteria for disability. It is, accordingly,

## ADJUDGED AND ORDERED

that Magistrate Judge Urbanski's recommendation is **ADOPTED** in full and the Commissioner's motion for summary judgment shall be, and hereby is **GRANTED**.

The Clerk of Court is hereby directed to strike this case from the active docket of the court and to send a certified copy of this Final Order to all counsel of record.

1

**ENTER:** This 25th day of September, 2006.

／s／ James C. Turk
Hon. James C. Turk
Senior United States District Judge

2

Case 7:05-cv-00253-JCT-mfu   Document 22   Filed 09/25/06   Page 2 of 2   Pageid#: 93